Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
ROBERT K. AMINE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT K. AMINE | Case No.: e 2:17-cv-02523-APG-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE A MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Robert K. Amine and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from January 11, 2018 to February 8, 2018 for Plaintiff to file a motion for reversal and/or remand,

-1-

with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel missed time due to an illness, which led to the re-calendaring of a number of motions. As a result, Counsel has had an extremely heavy briefing calendar of late. Counsel attempted to avoid the need to request an extension in this case by working through the weekend, but unfortunately will need additional time.

DATE: January 11, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Robert K. Amine

DATE: January 11, 2018

Dayle Elieson
*Acting United States Attorney*

/s/ *Daniel P. Talbert*

BY: _____
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 16, 2018

**CERTIFICATE OF SERVICE
FOR CASE NUMBER E 2:17-CV-02523-APG-GWF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 11, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff