UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ROBERT K. AMINE, | Case No.: 2:17-cv-02523-APG-NJK |
|---|---|
| Plaintiff(s), | **ORDER** |
| v. | |
| ANDREW SAUL, | |
| Defendant(s). | |

Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: October 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1