# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT K. AMINE,<br>    Plaintiff(s),<br>v.<br>ANDREW SAUL,<br>    Defendant(s). | Case No.: 2:17-cv-02523-APG-NJK<br><br>**ORDER** |

On October 11, 2019, the undersigned was assigned to this case. No later than November 1, 2019, the parties shall file a joint certification that they have:

1. discussed the potential for settling this matter, *cf.* Fed. R. Civ. P. 26(f)(2),
2. discussed the potential for utilizing alternative dispute resolution, including mediation or arbitration, *cf.* Local Rule 26-1(b)(7), and
3. discussed consenting to resolution of this case by a magistrate judge, *cf.* Local Rule 26-1(b)(8).

The discussion must be conducted by attorneys of record (not staff) and the joint certification must specify the attorneys who participated in the discussion. The discussion must be telephonic, in-person, or by video, and the joint certification must specify the means of discussion.

IT IS SO ORDERED.

Dated: October 18, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

1